UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | Judge: Emmet G. Sullivan |
| Defendant. | ) ) ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 7(b), defendant hereby moves the Court for a two-week extension of time, until December 9, 2005, to answer the complaint. The answer is currently due on November 25, 2005. Undersigned counsel for defendant did not receive a copy of the complaint until November 15, 2005. She has pre-existing obligations in other matters in federal District Court between now and November 25 which include business travel on November 21-22 and a filing deadline on November 18. In addition, she is scheduled to be out of town the day after Thanksgiving when the answer is due.

The complaint is nearly eighty pages long including exhibits, and the preparation of an answer will be very time-consuming because the complaint contains sixty paragraphs and makes numerous allegations within each paragraph, each of which will require a response. In addition, the documents that are potentially responsive to plaintiff's very broad request for "all records relating in any way to the government's proposed penalty in the tobacco litigation," see Complaint ¶¶ 28, 36, are in the possession of various components of the Department of Justice. Defendant's counsel needs a reasonable opportunity to locate and examine or at least familiarize

herself with them in order to prepare an answer to the complaint.  Defendant's request for an additional two weeks is reasonable, will not unduly delay this case, and will not prejudice plaintiff.

For these reasons, defendant's motion for an extension of time should be granted. Plaintiff's counsel has informed defendant's counsel that plaintiff takes no position on this motion.

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General

                KENNETH L. WAINSTEIN
                United States Attorney

                **/s/ Lisa A. Olson**
                ELIZABETH SHAPIRO
                LISA A. OLSON
                U.S. Department of Justice
                20 Mass. Ave., N.W., Room 6118
                Washington, D.C. 20530
                Telephone: (202) 514-5633
                Telefacsimile: (202) 616-8460
                E-mail: lisa.olson@usdoj.gov
Dated: Nov. 17, 2005        Counsel for Defendant

CERTIFICATE OF SERVICE

     I hereby certify that on November 17, 2005, Defendant's Motion for Extension of Time to Answer and proposed Order were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon plaintiffs' counsel as follows:

> Anne L. Weismann
> Melanie Sloan
> Citizens for Responsibility and Ethics
>     in Washington
> 11 Dupont Circle, N.W.
> Second Floor
> Washington, DC 20036
> Email: aweismann@citizensforethics.org

                              /s/ **Lisa A. Olson**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) | Civil Action No. 1:05-cv-02078 Judge: Emmet G. Sullivan |

## ORDER

The Court having considered defendant's motion for a two-week extension of time to answer, and good cause having been shown, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that defendant shall file its answer to the complaint on or before December 9, 2005.

Dated: _____, 2005   _____
                                EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE