UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, ) ) | Judge: Emmet G. Sullivan |
| Defendant. ) ) ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 7(b), defendant hereby moves the Court for a continuance of the Initial Scheduling Conference to February 7, 2006, or any date thereafter except February 14th, as suits the Court. The Conference is currently scheduled for February 2, 2006. Defendant's counsel has longstanding plans to be out of town for the week of January 30 and will not return to the office until February 6. The parties have agreed on the alternative dates for the continuance. Defendant's request for a continuance is reasonable, will not unduly delay this case, and will not prejudice plaintiff.

For these reasons, defendant's unopposed motion for a continuance should be granted. Plaintiff's counsel has informed defendant's counsel that plaintiff does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

|  |  |
|---|---|
| | **/s/ Lisa A. Olson** |
| | ELIZABETH SHAPIRO |
| | LISA A. OLSON |
| | U.S. Department of Justice |
| | 20 Mass. Ave., N.W., Room 6118 |
| | Washington, D.C. 20530 |
| | Telephone: (202) 514-5633 |
| | Telefacsimile: (202) 616-8460 |
| | E-mail: lisa.olson@usdoj.gov |
| Dated: Jan. 9, 2006 | Counsel for Defendant |

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 9, 2006, Defendant's Unopposed Motion for Continuance of Initial Scheduling Conference and proposed Order were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon plaintiffs' counsel as follows:

>Anne L. Weismann
>Melanie Sloan
>Citizens for Responsibility and Ethics
>   in Washington
>11 Dupont Circle, N.W.
>Second Floor
>Washington, DC 20036
>Email: aweismann@citizensforethics.org

                /s/ **Lisa A. Olson**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, ) ) | Judge: Emmet G. Sullivan |
| Defendant. ) ) ) | |

## ORDER

The Court having considered defendant's unopposed motion for a continuance of the Initial Scheduling Conference, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that the Initial Scheduling Conference is hereby reset for _____, 2006, at _____.


Dated: _____, 2006         _____
                                     EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE