UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | Judge: Emmet G. Sullivan |
| Defendant. | ) ) ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR
CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 7(b), defendant hereby moves the Court for a continuance of the Initial Scheduling Conference to 12:30 or earlier on February 9, 2006. The Conference is currently scheduled for February 7, 2006. Defendant's counsel was recently informed that the primary representative of defendant's client agency will be traveling on February 7 and will therefore be unable to attend the Conference on that date. The parties have agreed on the alternative February 9 date for the continuance, but if the Court is unable to reschedule the Conference at 12:30 or earlier on that day, the parties respectfully request that the Conference remain scheduled for February 7. Defendant's request for a continuance is reasonable, will not unduly delay this case, and will not prejudice plaintiff.

For these reasons, defendant's unopposed motion for a continuance should be granted. Plaintiff's counsel has informed defendant's counsel that plaintiff does not oppose this motion.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

|  |  |
|---|---|
|  | **/s/ Lisa A. Olson**<br>ELIZABETH SHAPIRO<br>LISA A. OLSON<br>U.S. Department of Justice<br>20 Mass. Ave., N.W., Room 6118<br>Washington, D.C. 20530<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8460<br>E-mail: lisa.olson@usdoj.gov |
| Dated: Jan. 25, 2006 | Counsel for Defendant |

CERTIFICATE OF SERVICE

     I hereby certify that on January 25, 2006, Defendant's Second Unopposed Motion for Continuance of Initial Scheduling Conference and proposed Order were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon plaintiffs' counsel as follows:

>Anne L. Weismann
>Melanie Sloan
>Citizens for Responsibility and Ethics
>    in Washington
>11 Dupont Circle, N.W.
>Second Floor
>Washington, DC 20036
>Email: aweismann@citizensforethics.org

               /s/ **Lisa A. Olson**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, ) ) | Judge: Emmet G. Sullivan |
| Defendant. ) ) ) | |

## ORDER

The Court having considered defendant's second unopposed motion for a continuance of the Initial Scheduling Conference, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that the Initial Scheduling Conference is hereby reset for February 9, 2006, at _____.


Dated: _____, 2006          _____
                                      EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE