UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-2078 (EGS)<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") has a new address and telephone number. All service, correspondence, and notices in this action should be directed to:

>   Anne L. Weismann
>   Citizens for Responsibility and Ethics in Washington
>   1400 Eye Street, N.W.
>   Suite 450
>   Washington, D.C. 20005
>   Telephone: (202) 408-5565, ext. 108
>   Fax: (202) 588-5020
>   E-Mail: Aweismann@citizensforethics.org

>   Respectfully submitted,
>
>   ___/s/_____
>   Anne L. Weismann
>   (D.C. Bar No. 298190)
>   Melanie Sloan
>   (D.C. Bar No. 434584)
>   Citizens for Responsibility and
>    Ethics in Washington

                                  1400 Eye Street, N.W.
                                  Suite 450
                                  Washington, D.C.  20005
                                  Phone: (202) 5408-5565
                                  Fax: (202) 588-5020

                                  Attorneys for Plaintiff

Dated: March 15, 2006