EXHIBIT 1 TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS, AND SUPPORTING MEMORANDUM, CONSISTS OF A CD CONTAINING A VIDEOTAPE OF A PORTION OF THE DEPOSITION TESTIMONY OF DALE WATSON, FORMER HEAD OF COUNTER-TERRORISM FOR THE FBI, VIDEOTAPED IN THE CASE OF YOUSSEFF V. FBI, NO. 03-CV-1551 (D.D.C.), AND BROADCAST ON THE DAILY SHOW.  THIS CD HAS BEEN FILED BY HAND WITH THE COURT AND SERVED UPON OPPOSING COUNSEL AS INDICATED IN THE CERTIFICATE OF SERVICE.