UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND   :
ETHICS IN WASHINGTON               :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 05-2078 (EGS)
                                   :
U.S. DEPARTMENT OF JUSTICE         :
                                   :
        Defendant.                 :
_____:

# [DRAFT] ORDER

The Court having considered defendant's motion for a protective order, plaintiff's opposition thereto, and the entire record, it is hereby,

ORDERED that defendant's motion be, and hereby is, DENIED, and it is further

ORDERED that plaintiff shall be awarded its costs in defending against this motion, and it is further

ORDERED that defendant shall show cause why additional sanctions should not be issued against it for filing the motion for an improper purpose.


Dated: _____          _____
                                      ALAN KAY
                                      United States Magistrate Judge