UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-2078 (EGS) |
| U.S. DEPARTMENT OF JUSTICE | : : | Magistrate Judge Alan Kay |
| Defendant. | : : | |

**PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS**

On July 5, 2006, plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed its opposition to defendant U.S. Department of Justice's ("DOJ") Motion for a Protective Order Regarding Depositions. DOJ's motion included a request that the court limit attendance at the depositions to parties and their counsel.

In its opposition CREW argued that DOJ's motion had no factual or legal basis whatsoever. Subsequent to the filing of its opposition CREW discovered, upon further review of the email communication between the parties, that an email exchange on June 19, 2006, proves conclusively that DOJ's request is baseless. Specifically, counsel for CREW advised DOJ that CREW would be willing to have Mr. McCallum's deposition at Main Justice "provided we are afforded a private room in which to confer, a telephone for which we are assured privacy, and the ability to easily bring into the building a number of people." Email from Anne Weismann to Lisa Olson, June 19, 2006 (attached as Exhibit F). Counsel for DOJ responded as follows:

> I am sure we can make arrangements that suit your needs
> regarding the private room to confer and the private telephone.
> What people are you referring to who would need access

>   besides yourself, your client, and the stenographer/video-
>   tape people?

Id.  CREW answered this question as follows: "**I am talking about co-counsel.**" Id.

As this exchange makes clear, DOJ knew at least as early as June 19, 2006, that CREW intended to bring to Mr. McCallum's deposition only counsel, the client, a stenographer, and a videographer.  Accordingly, based on the foregoing as well as the reasons set forth in CREW's opposition brief, DOJ has not and cannot satisfy its burden of showing good cause for its requested protective order.  Indeed, this email exchange illustrates that not only is DOJ's motion without foundation, but it was made in direct contravention of the evidence of record.

>   Respectfully submitted,
>
>   ____/s/_____
>   Anne L. Weismann
>   (D.C. Bar No. 298190)
>   Melanie Sloan
>   (D.C. Bar No. 434584)
>   Citizens for Responsibility and Ethics
>    In Washington
>   1400 Eye Street, N.W., Suite 450
>   Washington, D.C.  20005
>   Phone: (202) 408-5565
>   Fax: (202) 588-5020
>
>   Attorneys for Plaintiff

Dated: July 7, 2006