# EXHIBIT F

Case 1:05-cv-02078-EGS    Document 19-2    Filed 07/07/2006    Page 1 of 2

## Anne Weismann

| | |
|---|---|
| **From:** | Anne Weismann |
| **Sent:** | Monday, June 19, 2006 12:48 PM |
| **To:** | Lisa.Olson@usdoj.gov |
| **Subject:** | RE: deposition location |

```
I am talking about co-counsel

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 12:32 PM
To: Anne Weismann
Subject: RE: deposition location

I am sure we can make arrangements that suit your needs regarding the private room to
confer and private telephone.  What people are you referring to who would need access
besides yourself, your client, and the stenographer/videotape people?

-----Original Message-----
From: aweismann@citizensforethics.org [mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 10:47 AM
To: Olson, Lisa (CIV)
Cc: msloan@citizensforethics.org
Subject: RE: deposition location

We had noticed his deposition for our offices because we had not understood he had any
conflicts that week that would make a deposition here difficult for him.  If he needs to
have his deposition taken at the Main Building, we will be happy to do so provided we are
afforded a private room in which to confer, a telephone for which we are assured privacy,
and the ability to easily bring into the building a number of people.  Please let me know
what space at Main would be potentially available so we can determine what would best suit
our needs.  Anne Weismann

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Friday, June 16, 2006 2:19 PM
To: Anne Weismann
Subject: deposition location

Anne: would you mind having Mr. McCallum's deposition at his offices in the event there
are delays, so that he can go about his business while we wait?  I'm assuming you meant to
do this in the notice.  The location would be Room 5706 of the Main Building.  Please
confirm.  Thanks.  Lisa
```

1