# EXHIBIT 1

## Olson, Lisa (CIV)

**From:** Olson, Lisa (CIV)
**Sent:** Tuesday, June 20, 2006 11:50 AM
**To:** 'aweismann@citizensforethics.org'
**Subject:** RE:

Please inform me who will be attending. We object to anyone attending except counsel and client. It is my impression that the people in attendance aside from myself and Mr. McCallum will be the reporter, videotape person, yourself, your client Melanie Sloan, and one co-counsel who is employed by CREW. This totals 7 people. Please inform me immediately if you had planned for others to attend, as we will need to file a formal objection prior to the deposition.

As for the conference rooms, the small one accommodates 10 people and the large one accommodates more. As I have said repeatedly, either will suffice. If this information is insufficient, and you do not change the deposition location, I will simply file a short motion and have the Magistrate bring this ridiculous dialogue to an end.

-----Original Message-----
From: aweismann@citizensforethics.org [mailto:aweismann@citizensforethics.org]
Sent: Tuesday, June 20, 2006 11:11 AM
To: Olson, Lisa (CIV)
Subject: RE:

You still have not answered my question about the differences between the two offices in terms of how many people each can accommodate. What is vexing is your continued refusal to answer direct questions which are not intended to be vexatious but, instead, to facilitate your request that Mr. McCallum be deposed at Main Justice. We do not agree with your characterization of the discussion before the magistrate but see no reason to continue this discussion. When I have the information I have requested I will confirm the location of the deposition.

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Tuesday, June 20, 2006 10:59 AM
To: Anne Weismann
Subject: RE:

As I indicated earlier, the conference rooms are very near or adjacent to Mr. McCallum's office. From your decades at the Department, I expect you may be familiar with them. Each accommodates at least 10 people.
I'm assuming your "purposes" are to conduct his deposition, and each room would serve that purpose. You agreed to conduct his deposition at the Department last week in the presence of the Magistrate in order to accommodate Mr. McCallum's office as a public servant, not because of scheduling conflicts. Your questions are nothing other than vexatious.

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Tuesday, June 20, 2006 9:18 AM
To: Olson, Lisa (CIV)
Subject: RE:

So I can decide which room would best suit our purposes. Yesterday morning I sent a comprehensive email asking for a variety of information so we could best decide where to conduct Mr. McCallum's deposition. We have the unilateral right to decide where he will be deposed. We are, of course, happy to accommodate his busy schedule, but your continued questioning of what and why we are doing what we are doing is unnecessary and inappropriate. We will reschedule the deposition for Main once we have received all the information we have requested.

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]

1

Sent: Monday, June 19, 2006 5:59 PM
To: Anne Weismann
Subject: RE:

Why do you want this information?
-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 4:32 PM
To: Olson, Lisa (CIV)
Subject: RE:

Give me a sense of how many each holds and what the room number for each is.  Thanks.

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 3:03 PM
To: Anne Weismann
Subject: RE:

McCallum has two conference rooms that are exclusively his, depending on the size we need.

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 2:41 PM
To: Olson, Lisa (CIV)
Subject: RE:

What are the options as far as a room to hold the deposition?

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 2:25 PM
To: Anne Weismann
Subject:

As I indicated at our meeting with the Magistrate last week, Mr.
McCallum needs to have his deposition at the Main Building so that he can be available to
fulfill the responsibilities of his office should delays arise during the deposition that
do not require his participation, such as what the Magistrate mentioned last week, i.e.,
his need to take some time to consider objections that are raised or other issues that
might arise.  (I could not find anything in your original e-mail request on this subject.)
Lisa

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 1:10 PM
To: Olson, Lisa (CIV)
Subject: RE: deposition location

Please confirm in writing that Mr. McCallum needs to have his deposition at Main (see my
original email request on this).  If that is the case we will change the location.
Thanks.

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 1:04 PM
To: Anne Weismann
Subject: RE: deposition location

PS: please let me know soon if you agree to have the deposition here so that we can
resolve this issue now.

-----Original Message-----
From: aweismann@citizensforethics.org

2

```
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 12:49 PM
To: Olson, Lisa (CIV)
Subject: RE: deposition location
```

Also, I would like to know what our options are so we can decide what works best for us if we are going to agree to move the location of the deposition to Main Justice

```
-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 12:32 PM
To: Anne Weismann
Subject: RE: deposition location
```

I am sure we can make arrangements that suit your needs regarding the private room to confer and private telephone.  What people are you referring to who would need access besides yourself, your client, and the stenographer/videotape people?

```
-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 10:47 AM
To: Olson, Lisa (CIV)
Cc: msloan@citizensforethics.org
Subject: RE: deposition location
```

We had noticed his deposition for our offices because we had not understood he had any conflicts that week that would make a deposition here difficult for him.  If he needs to have his deposition taken at the Main Building, we will be happy to do so provided we are afforded a private room in which to confer, a telephone for which we are assured privacy, and the ability to easily bring into the building a number of people.  Please let me know what space at Main would be potentially available so we can determine what would best suit our needs.  Anne Weismann

```
-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Friday, June 16, 2006 2:19 PM
To: Anne Weismann
Subject: deposition location
```

Anne: would you mind having Mr. McCallum's deposition at his offices in the event there are delays, so that he can go about his business while we wait?  I'm assuming you meant to do this in the notice.  The location would be Room 5706 of the Main Building.  Please confirm.  Thanks.  Lisa

3

# EXHIBIT 2

## Olson, Lisa (CIV)

**From:** Olson, Lisa (CIV)
**Sent:** Tuesday, June 20, 2006 12:41 PM
**To:** 'aweismann@citizensforethics.org'
**Subject:** attendees at the deposition

Anne: you indicated on the telephone that your reason for wanting to take the deposition at the courthouse was to avoid answering my question as to whom you intend to bring to the deposition. Please do so, as only counsel and client are permitted. Please also inform me if you refuse to do so. Lisa

# EXHIBIT 3

## Olson, Lisa (CIV)

**From:** Olson, Lisa (CIV)
**Sent:** Monday, June 19, 2006 1:01 PM
**To:** 'aweismann@citizensforethics.org'
**Subject:** RE: deposition location

There are two empty offices near Mr. McCallum's office, either of which you could use. One is next to his office, and the other is a couple of doors down. They are equipped with a phone, computer, and the usual office furnishings.

-----Original Message-----
From: aweismann@citizensforethics.org [mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 12:49 PM
To: Olson, Lisa (CIV)
Subject: RE: deposition location

Also, I would like to know what our options are so we can decide what works best for us if we are going to agree to move the location of the deposition to Main Justice

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 12:32 PM
To: Anne Weismann
Subject: RE: deposition location

I am sure we can make arrangements that suit your needs regarding the private room to confer and private telephone. What people are you referring to who would need access besides yourself, your client, and the stenographer/videotape people?

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 10:47 AM
To: Olson, Lisa (CIV)
Cc: msloan@citizensforethics.org
Subject: RE: deposition location

We had noticed his deposition for our offices because we had not understood he had any conflicts that week that would make a deposition here difficult for him. If he needs to have his deposition taken at the Main Building, we will be happy to do so provided we are afforded a private room in which to confer, a telephone for which we are assured privacy, and the ability to easily bring into the building a number of people. Please let me know what space at Main would be potentially available so we can determine what would best suit our needs. Anne Weismann

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Friday, June 16, 2006 2:19 PM
To: Anne Weismann
Subject: deposition location

Anne: would you mind having Mr. McCallum's deposition at his offices in the event there are delays, so that he can go about his business while we wait? I'm assuming you meant to do this in the notice. The location would be Room 5706 of the Main Building. Please confirm. Thanks. Lisa

1

EXHIBIT 4

# Olson, Lisa (CIV)

**From:** Olson, Lisa (CIV)
**Sent:** Monday, June 19, 2006 3:03 PM
**To:** 'aweismann@citizensforethics.org'
**Subject:** RE:

McCallum has two conference rooms that are exclusively his, depending on the size we need.

-----Original Message-----
From: aweismann@citizensforethics.org [mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 2:41 PM
To: Olson, Lisa (CIV)
Subject: RE:

What are the options as far as a room to hold the deposition?

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 2:25 PM
To: Anne Weismann
Subject:

As I indicated at our meeting with the Magistrate last week, Mr. McCallum needs to have his deposition at the Main Building so that he can be available to fulfill the responsibilities of his office should delays arise during the deposition that do not require his participation, such as what the Magistrate mentioned last week, i.e., his need to take some time to consider objections that are raised or other issues that might arise. (I could not find anything in your original e-mail request on this subject.)
Lisa

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 1:10 PM
To: Olson, Lisa (CIV)
Subject: RE: deposition location

Please confirm in writing that Mr. McCallum needs to have his deposition at Main (see my original email request on this). If that is the case we will change the location.
Thanks.

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 1:04 PM
To: Anne Weismann
Subject: RE: deposition location

PS: please let me know soon if you agree to have the deposition here so that we can resolve this issue now.

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 12:49 PM
To: Olson, Lisa (CIV)
Subject: RE: deposition location

Also, I would like to know what our options are so we can decide what works best for us if we are going to agree to move the location of the deposition to Main Justice

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 12:32 PM

1

To: Anne Weismann
Subject: RE: deposition location

I am sure we can make arrangements that suit your needs regarding the private room to confer and private telephone. What people are you referring to who would need access besides yourself, your client, and the stenographer/videotape people?

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 10:47 AM
To: Olson, Lisa (CIV)
Cc: msloan@citizensforethics.org
Subject: RE: deposition location

We had noticed his deposition for our offices because we had not understood he had any conflicts that week that would make a deposition here difficult for him. If he needs to have his deposition taken at the Main Building, we will be happy to do so provided we are afforded a private room in which to confer, a telephone for which we are assured privacy, and the ability to easily bring into the building a number of people. Please let me know what space at Main would be potentially available so we can determine what would best suit our needs. Anne Weismann

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Friday, June 16, 2006 2:19 PM
To: Anne Weismann
Subject: deposition location

Anne: would you mind having Mr. McCallum's deposition at his offices in the event there are delays, so that he can go about his business while we wait? I'm assuming you meant to do this in the notice. The location would be Room 5706 of the Main Building. Please confirm. Thanks. Lisa

2

EXHIBIT 5

**Olson, Lisa (CIV)**

**From:** Olson, Lisa (CIV)
**Sent:** Monday, June 19, 2006 12:52 PM
**To:** 'aweismann@citizensforethics.org'
**Subject:** RE: deposition location

OK. I'll find out what information I'll need regarding these people besides their names.

-----Original Message-----
From: aweismann@citizensforethics.org [mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 12:48 PM
To: Olson, Lisa (CIV)
Subject: RE: deposition location

I am talking about co-counsel

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Monday, June 19, 2006 12:32 PM
To: Anne Weismann
Subject: RE: deposition location

I am sure we can make arrangements that suit your needs regarding the private room to confer and private telephone. What people are you referring to who would need access besides yourself, your client, and the stenographer/videotape people?

-----Original Message-----
From: aweismann@citizensforethics.org
[mailto:aweismann@citizensforethics.org]
Sent: Monday, June 19, 2006 10:47 AM
To: Olson, Lisa (CIV)
Cc: msloan@citizensforethics.org
Subject: RE: deposition location

We had noticed his deposition for our offices because we had not understood he had any conflicts that week that would make a deposition here difficult for him. If he needs to have his deposition taken at the Main Building, we will be happy to do so provided we are afforded a private room in which to confer, a telephone for which we are assured privacy, and the ability to easily bring into the building a number of people. Please let me know what space at Main would be potentially available so we can determine what would best suit our needs. Anne Weismann

-----Original Message-----
From: Lisa.Olson@usdoj.gov [mailto:Lisa.Olson@usdoj.gov]
Sent: Friday, June 16, 2006 2:19 PM
To: Anne Weismann
Subject: deposition location

Anne: would you mind having Mr. McCallum's deposition at his offices in the event there are delays, so that he can go about his business while we wait? I'm assuming you meant to do this in the notice. The location would be Room 5706 of the Main Building. Please confirm. Thanks. Lisa

1