**EXHIBIT B**



**Classifieds:**  |  |  | Marketplace | Real estate

Home
News
Travel
Money
Sports
Life
Tech
Weather
Search

Wash/Politics
Washington home
Washington briefs
Government guide
**Health**
Health home
Medical resources
Health information
**Editorial/Opinion**
Ed/Op home
Columnists
Cartoons
**More News**
Top news briefs
Nation briefs
World briefs
States
Lotteries
By the numbers
Special reports
Day in pictures
Snapshots
Offbeat
Video
Talk Today
**Marketplace**
Real estate
Arcade
Newspaper
Classifieds

# Editorial/Opinion

- E-MAIL THIS • PRINT THIS • SAVE THIS • MOST POPULAR • SUBSCRIBE

Posted 6/8/2005 10:00 PM

## Remedy is 'forward-looking'

By Robert McCallum

The U.S. Department of Justice has proven time and again a strong commitment to holding the tobacco industry accountable for past fraud and abuse. Over the past nine months, we have made a strong and decisive case showing decades of fraudulent behavior by companies within the tobacco industry.

First and foremost, the government's suggested cessation program comports with a recent decision of the D.C. Circuit Court of Appeals. The United States vigorously argued for the industry to disgorge $280 billion in profits for decades of fraudulent behavior. This spring, the Circuit Court ruled in favor of the tobacco industry, reversing a prior decision of the trial court, and held that any remedies in the case must be "forward-looking" to prevent and restrain future wrongful acts, rather than to address even lingering consequences of past acts.

The trial court and the government are bound by this decision.

Equally important is the fact that the suggested cessation program, as proposed by the government Tuesday, is only an initial requirement, one based upon compelling evidence that the defendants will continue to commit frauds. If court-appointed monitors find that the defendants continue to commit acts of fraud, the court can extend and expand the program to exceed the $10 billion over five years proposed Tuesday, in order to prevent and restrain the continuation of fraudulent activities by the tobacco companies. Under such circumstances, the overall length and cost of the proposed remedy is open-ended and could be less than, equal to, or more than the expert witness study introduced into evidence by the government. That study suggested $130 billion over 25 years. The government's proposal is therefore forward-looking, focused on future frauds by the defendants and consistent with the Circuit Court opinion.

Critics have questioned the motives behind the government's cessation program proposal. But its form and structure are dictated by the law. The cessation remedy is but one element of a comprehensive and coordinated array of solutions to prevent and restrain future frauds. It does not abandon, but rather embraces, the costing methodology the government has presented with expert testimony, and then applies that methodology — as the appellate decision requires — to future frauds rather than past acts.



Advertisement

**Today's Top News Stories**

- Diplomacy gains traction in sixth day of Mideast fighting - 2:15 PM
- 86 dead after powerful quake triggers tsunami on Indonesia's Java island - 2:14 PM
- Rampage kills 50 in Iraqi market - 12:44 PM
- Storms could hinder battle against Southern Calif. wildfires - 10:51 AM
- Northwest Airlines reaches tentative deal with flight attendants - 12:46 PM

- Add USATODAY.com RSS feeds

**E-Mail Newsletters**

Sign up to receive our free **Daily Briefing e-newsletter** and get the top news of the day in your inbox.

**E-mail:** [       ]  Go

Select one: ● HTML  ○ Text

**Breaking News E-Mail Alerts**

- Get breaking news in your inbox as it happens

*Robert McCallum is the U.S. Associate Attorney General.*

Related Advertising Links                                                    What's this?

| **Scottrade Online Broker** | **The G8 Summit 2006** | **Chrysler: Employee Pricing** |
|---|---|---|
| $7 online stock trading. More than 265 Scottrade offices nationwide. **www.scottrade.com** | Official site of the G8 Summit. Latest news from Saint Petersburg. **en.g8russia.ru/** | Get employee pricing and 0% financing on Chrysler vehicles! **www.askdrz.com** |

Place your ad here

**Subscribe Today: Home Delivery of USA TODAY - Save 25%**

Advertisement



USATODAY.com partners: USA Weekend • Sports Weekly • Education • Space.com

Home • Travel • News • Money • Sports • Life • Tech • Weather

Resources: Mobile news • Site map • FAQ • Contact us • E-mail news
Jobs with us • Internships • Terms of service • Privacy policy/Your California Privacy Right
Media kit • Press room • Electronic print edition • Reprints and Permissions

Add USATODAY.com RSS feeds

© Copyright 2006 USA TODAY, a division of Gannett Co. Inc.