UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>1400 Eye Street, N.W.<br>Washington, D.C.  20005<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-2078 (EGS)<br>:<br>:  Magistrate Judge Alan Kay<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION TO SHORTEN TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR RECONSIDERATION OF
ORDER OF JUDGE KAY GRANTING DEFENDANT'S
<u>MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS</u>**

Plaintiff hereby moves to shorten defendant's time to respond to Plaintiff's Motion for Reconsideration of Order of Judge Kay Granting Defendant's Motion for a Protective Order Regarding Depositions until 12:00 noon on Tuesday, July 18, 2006.  As grounds for this motion Plaintiff states as follows:

1.  Late in the evening of Friday, June 30, 2006, defendant U.S. Department of Justice ("DOJ") filed a motion for a protective order regarding the depositions of Robert McCallum, Stephen Brody, and Daniel Metcalfe.  Although counsel for DOJ had indicated DOJ's intent to seek a protective order weeks earlier, DOJ waited until 8:00 p.m. at the start of a holiday weekend to file its motion.

2.  Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed its opposition to the motion on July 5, 2006.  Had CREW consumed the full 11 days allotted to it

for opposing DOJ's motion it would have filed its opposition six days later on July 11, making DOJ's reply due on July 17. Instead, DOJ filed its reply on July 13, six days after CREW's opposition.

    3. As these facts make clear, DOJ did not act promptly in seeking relief from the Court and, as a result, Judge Kay did not issue his ruling on DOJ's motion until the afternoon of July 17, the day before Mr. McCallum's deposition. CREW has therefore been prejudiced in seeking timely relief from this Court.

    4. Accordingly, CREW requests that the Court order DOJ to respond to CREW's Motion for Reconsideration by 12:00 noon on July 18, 2006. This request is reasonable given that CREW's motion relies on legal and factual arguments it made in its initial opposition to DOJ's motion for a protective order and to which DOJ has already responded. DOJ's counsel has advised CREW that DOJ opposes this motion.

## CONCLUSION

For the foregoing reasons, CREW respectfully requests that this motion be granted.

Respectfully submitted,

Dated: July 17, 2006

    \_\_/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff