UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZEN FOR RESPONSIBILITY AND        :
ETHICS IN WASHINGTON                  :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 05-2078 (EGS)
                                      :
U.S. DEPARTMENT OF JUSTICE            :
                                      :
        Defendant.                    :
_____:

## [DRAFT] ORDER

The Court having considered plaintiff's motion to shorten time to respond to Plaintiff's Motion for Reconsideration of Order of Judge Kay Granting Defendant's Motion for a Protective Order Regarding Depositions, plaintiff's opposition thereto, and the entire record, it is hereby,

ORDERED that plaintiff's motion be, and hereby is, GRANTED, and it is further

ORDERED that defendant file a response to plaintiff's motion for reconsideration no later than 12:00 noon on Tuesday, July 18, 2006.


Dated: _____       _____
                                   Emmet G. Sullivan
                                   United States District Judge