UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:05-cv-02078 |

### DEFENDANT'S MOTION TO FILE FOUR MINUTES OUT OF TIME ITS OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF PROTECTIVE ORDER REGARDING DEPOSITIONS

Pursuant to Fed. R. Civ. P. 7, defendant hereby moves the Court for leave to file four-minutes out of time its opposition to plaintiff's motion for reconsideration. Plaintiff filed its motion at 3:21 this afternoon. At 4:17 P.M., the Court ordered defendant to file its opposition by 6:00 P.M. It also allowed plaintiff until 8:00 P.M. to file a reply. In filing its opposition electronically, defendant's counsel experienced some technical difficulties which caused it to file four minutes late. Given that defendant was given less than one-and-three-quarters of an hour to file its opposition, that plaintiff will have a full two hours to file a reply, and that plaintiff will not be prejudiced in any way by defendant's having filed its brief at 6:04 rather than 6:00, this request is reasonable. Furthermore, the hearing on plaintiff's motion for reconsideration is not until 9:30 A.M. tomorrow morning, so the four minutes additional time will not cause any undue delays. Defendant's request should therefore be granted.

Plaintiff has informed defendant's counsel that plaintiff opposes this motion.

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        United States Attorney

                        **/s/ Lisa A. Olson**
                        ELIZABETH J. SHAPIRO
                        LISA A. OLSON (D.C. Bar #38266)
                        U.S. Department of Justice
                        20 Mass. Ave., N.W., Room 6118
                        Washington, D.C. 20530
                        Telephone: (202) 514-5633
                        Telefacsimile: (202) 616-8460
                        E-mail: lisa.olson@usdoj.gov
Dated: July 17, 2006          Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court having considered defendant's motion for leave to file four minutes out of time, and good cause having been shown, it is hereby

ORDERED that defendant's motion is granted.

Dated: _____, 2006        _____
                                     EMMET G. SULLIVAN
                                     UNITED STATES JUDGE