UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | Judge: Emmet G. Sullivan (AK) |
| Defendant. | ) ) ) | |

NOTICE OF APPARENT VIOLATION OF COURT ORDER

On July 18, 2006, and again on July 19th, Magistrate Judge Kay ordered plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") not to disseminate further internal Department of Justice emails that CREW made exhibits to the deposition of Robert McCallum. The purpose of the order was to preserve the status quo pending the government's presentation of a motion to the court for the return of the emails, which were taken from the government and disclosed without authorization. On July 20, 2006, the Associated Press printed a story about Mr. McCallum's deposition that references and quotes from "[i]nternal Justice Department e-mails obtained by The Associated Press." See Exhibit A. The article contains extensive comments from CREW and is posted on CREW's website.

                                                        Respectfully submitted,

                                                        KENNETH L. WAINSTEIN
                                                        United States Attorney

                                                        **/s/ Lisa A. Olson**
                                                        ELIZABETH J. SHAPIRO
                                                        LISA A. OLSON (D.C. Bar #38266)
                                                        U.S. Department of Justice

|  |  |
|---|---|
|  | 20 Mass. Ave., N.W., Room 7300 |
|  | Washington, D.C. 20530 |
|  | Telephone: (202) 514-5633 |
|  | Telefacsimile: (202) 616-8470 |
|  | E-mail: lisa.olson@usdoj.gov |
| Dated: July 20, 2006 | Counsel for Defendant |