**EXHIBIT A**

**CREW** | citizens for responsibility and ethics in washington

July 11, 2006

Lisa Olson, Esquire
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6118
Washington, D.C. 20530

Re: <u>Citizens for Responsibility and Ethics in Washington v. United States Department of Justice</u>,
   No. 1:03-CV-27078 (EGS)

Dear Ms. Olson:

      Sharon Y. Eubanks, a former Department of Justice lawyer, currently is employed by Citizens for Responsibility and Ethics in Washington. Ms. Eubanks has provided to you and others at the Justice Department the notice and attestation required by D.C. Bar Rule of Professional Responsibility 1.11(d), indicating that she will not participate in any manner in the above-referenced matter or the representation. Furthermore, she will not discuss the matter or the representation with any partner, associate, or of counsel lawyer at Citizens for Responsibility and Ethics in Washington, and she will not share in any fees for the matter or the representation in the above referenced matter.

      In accordance with D.C. Bar Rule of Professional Responsibility 1.11(d)(2), I am writing to inform you that all affiliated lawyers and staff at CREW are aware of the requirement that Ms. Eubanks is disqualified from this matter and is to be screened from any participation in or discussion of the matter or the representation. Toward that end, I sent a memorandum to all employees of CREW prior to Ms. Eubanks' employment advising them that Ms. Eubanks is recused from all aspects of this litigation, including offering any advice or information on an informal basis. The terms of this memorandum were reiterated and reinforced in a staff meeting on Ms. Eubanks' first day of employment.

Sincerely,

Anne Weismann
Chief Counsel
Citizens for Responsibility
and Ethics in Washington

cc: Attorney General Alberto Gonzales
    United States Department of Justice
    Washington, D.C.

**EXHIBIT B**

**CREW** | citizens for responsibility and ethics in washington

July 11, 2006

The Honorable Alberto Gonzales
Office of the Attorney General
U.S. Department of Justice
10th and Pennsylvania Ave., N.W.
Washington, D.C. 20530

Re: <u>Citizens for Responsibility and Ethics in Washington v. United States Department of Justice</u>,
    No. 1:03-CV-27078 (EGS)

Dear Mr. Gonzales:

  Pursuant to D.C. Bar Rule of Professional Responsibility 1.11(d), notice is hereby provided that the undersigned lawyer attests that she will not participate in any manner in the above-referenced matter or the representation. Furthermore, the undersigned attests that she will not discuss the matter or the representation with any partner, associate, or of counsel lawyer, and will not share in any fees for the matter or the representation in the above referenced matter.

           Sincerely,

           Sharon Y. Eubanks
           Senior Counsel
           Citizens for Responsibility
           and Ethics in Washington

cc: Mike Hertz
  Designated Ethics Officer, Civil Division
  (202) 616-3085 (by fax)

# CREW | citizens for responsibility and ethics in washington

July 11, 2006

Lisa Olson, Esquire
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6118
Washington, D.C. 20530

Re: <u>Citizens for Responsibility and Ethics in Washington v. United States Department of Justice</u>,
   No. 1:03-CV-27078 (EGS)

Dear Ms. Olson:

    Pursuant to D.C. Bar Rule of Professional Responsibility 1.11(d), notice is hereby provided that the undersigned lawyer attests that she will not participate in any manner in the above-referenced matter or the representation. Furthermore, the undersigned attests that she will not discuss the matter or the representation with any partner, associate, or of counsel lawyer at Citizens for Responsibility and Ethics in Washington, and she will not share in any fees for the matter or the representation in the above referenced matter.

                                    Sincerely,

                                      Sharon Y. Eubanks
                                    Senior Counsel
                                    Citizens for Responsibility
                                    and Ethics in Washington

cc: Mike Hertz
    Designated Ethics Officer, Civil Division
    (202) 616-3085 (by fax)



1400 Eye Street, N.W., Suite 450, Washington, D.C. 20005   |   202.408.5565 phone   |   202.588.5020 fax   |   www.citizensforethics.org

**EXHIBIT C**

Robert McCallum answer to SFRC question
June 28, 2006

Question: On June 9, 2005, USA Today published an oped under your name regarding the tobacco cessation remedy proposed in the tobacco litigation. The Committee has received a copy of some internal Justice Department emails about the drafting of the article; these emails indicate that the individuals at the White House had a role in editing or supervising the final text of the article, and that you were copied on these emails.

Do you recall the involvement of the White House in the approval of this article? Does the evidence that White House staff may have been involved in the drafting of this article alter your position that no one at the White House ever tried to influence any aspect of your decisions in this case?

Answer: I was previously asked the question: "Did you discuss any aspect of this case, including any public statements or articles thereon, with any person working in the White House?" I thought that the portion of the inquiry relating to "public statements or articles" was focused on statements or articles about my decision by others, and I responded: "I can not recall ever discussing any public statements or articles about the case with anyone at the White House." My answer remains the same relating to my public statements, specifically the op-ed below, in that I don't recall ever discussing it with anyone at the White House. Nor do I recall the involvement of the White House in the review or approval of this op-ed. However, once my decision was made and announced in the closing argument, I likely would have informed the White House of any op-ed to be published under my name so that the White House would be aware of it and have the opportunity to comment. This post-decision contact with the White House about an op-ed explaining my already-made decision does not alter the fact that no one at the White House ever tried to influence any aspect of my decision.