UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

GOVERNMENT'S REPLY TO PLAINTIFF'S RESPONSE TO NOTICE
OF APPARENT VIOLATION OF COURT ORDER

In its recent notice to the Court, the government carefully refrained from making any accusations against plaintiff CREW with respect to the recent publication of emails protected by order of Magistrate Judge Kay. Instead, as an officer of the court, the government brought the *Associated Press* article to the Court's attention, leaving the Court to determine whether its order had been violated and, if so, what action should be taken. Plaintiff's response to the government's submission, however, is troubling. The response suggests that CREW construes Magistrate Judge Kay's order to apply only to members of CREW working on the instant litigation. But there is no possible basis for such an understanding. The order ran to CREW as a party and in its entirety, not to any particular subset. Although Ms. Eubanks was once an employee of the Department of Justice, she is now an employee of CREW. She and every other employee of CREW are equally bound by this Court's orders, regardless of whether or not they are involved in the present case, and regardless of whether they purport to speak in some other capacity. To suggest otherwise would leave a gaping loophole in the Court's order, which was

expressly intended to preserve the status quo.

Even more troubling is that CREW has apparently construed the Court's order in the most narrow and technical sense. Magistrate Judge Kay made it abundantly clear that the purpose of his order was to preserve the status quo so that the government would have an opportunity to present its motion requesting that the emails in question be returned to the government. Any action intended to thwart that purpose plainly violates the Court's order. Thus, contrary to CREW's suggestion, the court's order does not merely proscribe the delivery of the emails to the press. See Response at 3 ("the emails in question were available to numerous other parties outside of DOJ separate and apart from CREW"). To the extent CREW (including Ms. Eubanks) facilitated in any way the publication of the emails, it has violated the Court's order and its express purpose. Indeed, CREW's failure to deny having communicated or coordinated with the media, the "Committee," or any of the "numerous other parties" it alleges possess these emails in an effort to have them published through "independent" means, see Opposition at 3, speaks louder than any of CREW's fine distinctions.[1]

Finally, Seattle Times gives plaintiff no cover for disseminating on its website the very information that the judge sought to protect through its order. As that case made plain, there is no First Amendment right to violate a Court order, and publication on CREW's website of the very information that the Court prohibited CREW from disseminating violates the intent and spirit of the Court's order, if not its words. The government does not know how the *Associated Press* came to publish the protected emails. The circumstances and timing of their publication,

---

[1] The government did not authorize release of the emails in question, and the fact that the stolen documents may have been disbursed to more than one person or organization does not make their purloining any less a theft.

however, and CREW's failure to disavow any role in their publication, raises serious questions. To protect its own processes and to satisfy itself that its order was not violated, the Court should request a detailed explanation.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

**/s/ Lisa A. Olson**
ELIZABETH J. SHAPIRO
LISA A. OLSON (D.C. Bar #38266)
U.S. Department of Justice
20 Mass. Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8460
E-mail: lisa.olson@usdoj.gov

Dated: July 21, 2006                    Counsel for Defendant