UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND     :
ETHICS IN WASHINGTON                :
                                    :
         Plaintiff,                 :
                                    :
    v.                              :  Civil Action No. 05-2078 (EGS)
                                    :
U.S. DEPARTMENT OF JUSTICE          :
                                    :
         Defendant.                 :
_____ :

[DRAFT] ORDER

The Court having considered plaintiff's motion for reconsideration of the Order of Judge Kay limiting the scope of examination and plaintiff's motion to compel, defendant's opposition thereto, and the entire record, it is hereby,

ORDERED that plaintiff's motion be, and hereby is, GRANTED, and it is further

ORDERED that plaintiff shall be permitted to redepose Robert McCallum on the following topics: (1) Mr. McCallum's role in the tobacco litigation; (2) the universe of documents responsive to CREW's FOIA request that Mr. McCallum has; (3) McCallum Exhibits 2 and 3; and (4) any other topic bearing on Mr. McCallum's veracity provided plaintiff is able to establish a foundation for its questions.  Plaintiff is hereby allotted an additional hour to conduct this deposition beyond the 55 minutes of time remaining to plaintiff.  Plaintiff is further permitted to redepose Stephen Brody by written examination on the questions submitted by plaintiff that identify instances in which private counsel for Mr. Brody made improper speaking objections and impeded plaintiff's fair examination of Mr. Brody; and it is further

ORDERED that private counsel for Mr. Brody shall reimburse plaintiff for its costs and

fees in bringing its motion to reconsider the Order of Judge Kay and to compel, and it is further

ORDERED that defendant's cross-examination of Daniel Metcalfe shall be stricken from the record.

Dated: _____            _____
                                        EMMET G. SULLIVAN
                                        United States District Judge