UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>1400 Eye Street, N.W.<br>Washington, D.C.  20005<br><br>                Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530<br><br>                Defendant. | : : : : : : : : : : : : : : : | Civil Action No. 05-2078 (EGS) |

## **[DRAFT] ORDER**

The Court having considered Defendant's Motion for a Protective/Sealing Order and For Return of Federal Documents, Plaintiff's opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is hereby DENIED, and it is further

ORDERED that McCallum Deposition Exhibits 2 and 3 and all references to those exhibits are hereby unsealed.

Dated: _____        _____
                                                              EMMET G. SULLIVAN
                                                              United States District Judge