UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, :<br><br>Plaintiff, :<br><br>v. :<br><br>U.S. DEPARTMENT OF JUSTICE, :<br><br>Defendant. : | Civil Action No. 05-2078 (EGS) |

## CERTIFICATE OF SERVICE

I hereby certify that service of the full and underacted versions of Plaintiff's Opposition to Defendant's Motion For a Protective/Sealing Order and Return of Federal Documents, including the accompanying Exhibits and draft Order, and of Plaintiff's Motion for Leave to File Under Seal and draft Order was made on or before 12:00 noon on July 24, 2006, via electronic mail by agreement of counsel on the following:

    Lisa Olson
    U.S. Department of Justice
    20 Massachusetts Avenue, N.W., Room 6118
    Washington, D.C. 20530
    Lisa.Olson@usdoj.gov

Respectfully submitted,

Dated: July 24, 2006

_____
Anne L. Weismann (D.C. Bar. No. 298190)
Citizens for Responsibility and Ethics in
  Washington
1400 I Street, N.W., Suite 450

Washington, D.C.  20005

(202) 408-5565