UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-2078 (EGS)<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff hereby moves for leave to file under seal unredacted versions of its Opposition to Defendant's Motion for a Protective/Sealing Order and Return of Federal Documents, including the accompanying Exhibits and Draft Order, in order to comply with the Order of Judge Kay for maintenance of the status quo with respect to the disclosure of certain documents and the substance of those document until such time as this Court has had an opportunity to hear arguments on a sealing order.

**CONCLUSION**

For the foregoing reasons, CREW respectfully requests that this motion be granted.

Respectfully submitted,

Dated: July 24, 2006                    __/s/_____
                                         Anne L. Weismann
                                         (D.C. Bar No. 298190)
                                         Melanie Sloan
                                         (D.C. Bar No. 434584)
                                         Citizens for Responsibility and
                                          Ethics in Washington
                                         1400 Eye Street, N.W., Suite 450
                                         Washington, D.C.  20005

Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff