UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2078 (EGS) |
| U.S. DEPARTMENT OF JUSTICE | : |
| Defendant. | : |

[DRAFT] ORDER

The Court having considered Plaintiff's motion for leave to file under seal its Opposition to Defendant's Motion for a Protective/Sealing Order and Return of Federal Documents, including the accompanying Exhibits and Draft Order, it is hereby,

ORDERED that Plaintiff's motion be, and hereby is, GRANTED.


Dated: _____        _____
                                     Emmet G. Sullivan
                                     United States District Judge