UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | Civil Action No. 05-2078 (EGS) |

ORDER

The Court having considered Plaintiff's motion for leave to file under seal its Opposition to Defendant's Motion for a Protective/Sealing Order and Return of Federal Documents, including the accompanying Exhibits and Draft Order, it is hereby,

ORDERED that Plaintiff's motion be, and hereby is, GRANTED.

Dated: 7/25/06

_____
Emmet G. Sullivan
United States District Judge