UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON, )
                                   )
      Plaintiff, )
                                     )
      v. )          Civil Action No. 1:05-cv-02078
                                     )
U.S. DEPARTMENT OF JUSTICE, )
                                     )
      Defendant. )
_____)

### DECLARATION OF STUART SCHIFFER

I, STUART E. SCHIFFER, hereby declare as follows:

1.      I am the senior career official in the Civil Division of the United States Department of Justice, having served continuously as a Deputy Assistant Attorney General since 1978. I have been a career attorney at the Department of Justice since 1963.

2.      Under DOJ Order 2710.8C, http://intranet/dojorders/doj2710_8c.htm, copies of nonpublic, federally owned documentary materials may be removed by departing Department of Justice employees only with specific approval by the head of the component in which the requester is or was employed.  Id. ¶ 11.

3.      I have reviewed the sealed Exhibits A and B to Plaintiff's Opposition to Defendant's Motion for a Protective/Sealing Order and for Return of Federal Documents in the above-captioned case. The Assistant Attorney General of the Civil Division, who is the official responsible for approving removal under DOJ Order 2710.8C by current or former employees of the Civil Division, has confirmed to me that the removal of these nonpublic, federally owned documents from the Department of Justice has not been approved, nor was approval ever

requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 27, 2006_.

_Stuart E Schiffer_

STUART E. SCHIFFER