UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C.  20036 | : : : : : |  |
| Plaintiff, | : : |  |
| v. | : : | Civil Action No. 05-2078 (EGS) |
| U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530 | : : : : |  |
| Defendant. | : : |  |

## JOINT STATUS REPORT AND PROPOSED HEARING DATE

The parties submit the following at the Court's request.  The Court's proposed hearing date of September 8, 2006, at 10:00 A.M. is mutually agreeable to the parties.

Currently pending before the Court are three motions:

(1) Plaintiff's Motion for Reconsideration of Order of Judge Kay Granting Defendant's Motion for a Protective Order Regarding Depositions, dated 7/17/06, Docket #22; see also Docket #24 (defendant's opposition), #26 (plaintiff's reply);

(2) Plaintiff's Motion for Reconsideration of Order of Judge Kay Limiting Scope of Examination and Motion to Compel, dated 7/22/06, Docket #31; see also Docket #34 (defendant's opposition), #37 (plaintiff's reply); and

(3) Defendant's Motion for a Protective/Sealing Order and for Return of Federal Documents, dated 7/22/06, Docket #32; see also Docket #39 (plaintiff's unredacted opposition),

#38 (defendant's reply), ##28, 29, 30 (notice of apparent violation of Court order and related documents).

                Respectfully submitted,

                **/s/ Anne L. Weismann**
                Anne L. Weismann
                (D.C.Bar No. 298190)
                Melanie Sloan
                (D.C. Bar No. 434584)
                Citizens for Responsibility and
                 Ethics in Washington
                1400 I Street, N.W.
                Suite 450
                Washington, D.C. 20005
                Phone: (202) 588-5565
                Fax: (202) 588-5020

                Attorneys for Plaintiff


                KENNETH L. WAINSTEIN
                United States Attorney

                **/s/ Lisa A. Olson**
                ELIZABETH J. SHAPIRO
                LISA A. OLSON
                U.S. Department of Justice
                20 Mass. Ave., N.W., Room 7300
                Washington, D.C. 20530
                Telephone: (202) 514-5633
                Telefacsimile: (202) 616-8470
                E-mail: lisa.olson@usdoj.gov

Dated: August 7, 2006        Attorneys for Defendant