UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 05-2078 (EGS)<br>:<br>:<br>:<br>: |

**MOTION PRO HAC VICE FOR ADMISSION OF DANIEL C. ROTH TO THE BAR OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

Pursuant to LCvR 83.2(d), I, Daniel C. Roth, (MA Bar No. 661021), hereby move for admission *pro hac vice* to the bar of the United States District Court for the District of Columbia. for purposes of this action, <u>Citizens for Responsibility and Ethics in Washington v. U.S. Department of Justice</u>, No. 05-2078 (EGS).

In accordance with LCvR 83.2(d), this motion is co-signed by a sponsoring member of the Bar of this Court, CREW Chief Counsel Anne L. Weismann (D.C. Bar No. 298190), and is accompanied by a declaration providing to the Court all required information regarding my status as a practicing attorney.

Respectfully submitted,

Dated: September 11, 2006

_____
DANIEL C. ROTH
(MA Bar No. 661021)

_____
ANNE L. WEISMANN
(D.C. Bar No. 298190)
Citizens for Responsibility and

Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff