UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>        Defendant. | Civil Action No. 05-2078 (EGS) |

**DECLARATION OF DANIEL C. ROTH IN SUPPORT OF MOTION PRO HAC VICE FOR ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, Daniel C. Roth, hereby declare as follows:

1. My full name is Daniel Charles Roth.

2. My office address and telephone number are as follows: 1400 I Street, NW, Suite 450, Washington, D.C. 20005; 202-408-5565.

3. I am admitted to the bar of the Commonwealth of Massachusetts.

4. I have not been disciplined by the bar of any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do engage in the practice of law in the District of Columbia and currently have an application pending for admission to the District of Columbia bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2006

                                                                       DANIEL C. ROTH