UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S COMMENTS REGARDING
INAPPLICABILITY OF D.C. CIRCUIT CASE**

This is submitted in response to the Court's request for the parties' thoughts on the applicability, if any, to this case of Judicial Watch, Inc. v. Department of Justice, 432 F.3d 366 (D.C. Cir. 2005). That case does not appear to be relevant here. In Judicial Watch, the Court of Appeals held that the attorney work product doctrine protected certain emails from disclosure in their entirety under FOIA, whereas the deliberative process privilege would not protect factual material in the emails unless it was inextricably intertwined with the deliberative material.

This holding does not come into play in the present case. Defendant has requested the return or protection of two documents containing internal agency email communications. The grounds for defendant's request are that the documents (1) are government property (2) taken without authorization. While the documents contain deliberative material, further underscoring their confidentiality, the invocation of the deliberative process privilege is neither necessary nor appropriate at this time because defendant is requesting the return of the documents, whereas the invocation of the privilege would serve to enable defendant to withhold them. Plaintiff is already

in possession of the emails, and if the Court so orders, defendant has voluntarily agreed to the use of the documents in this litigation provided plaintiff does not further publicly disseminate them and defendant is not otherwise deemed to have waived the deliberative process privilege. Therefore, it should be unnecessary for the Court to adjudicate whether the documents are subject to the deliberative process privilege or whether any portions of the documents are factual and segregable, and therefore disclosable to plaintiff, pursuant to <u>Judicial Watch</u>.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney

                **/s/ Lisa A. Olson**
                ELIZABETH J. SHAPIRO
                LISA A. OLSON (D.C. Bar #38266)
                U.S. Department of Justice
                20 Mass. Ave., N.W., Room 7300
                Washington, D.C. 20530
                Telephone: (202) 514-5633
                Telefacsimile: (202) 616-8470
                E-mail: lisa.olson@usdoj.gov
Dated: Sept. 12, 2006        Counsel for Defendant