UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | Judge: Emmet G. Sullivan |
| Defendant. | ) ) ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
REGARDING BAD FAITH ALLEGATIONS**

Pursuant to the Court's October 5, 2006 Memorandum Opinion and Order, and Fed. R. Civ. P. 56, defendant hereby moves for summary judgment on grounds that there was no bad faith in defendant's processing of plaintiff's FOIA request.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

**/s/ Lisa A. Olson**
ELIZABETH J. SHAPIRO
LISA A. OLSON
U.S. Department of Justice
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov

Dated: Nov. 9, 2006                           Counsel for Defendant