UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-2078 (EGS)<br>:<br>:<br>:<br>:<br>: |

## **[DRAFT] ORDER**

The Court having considered the parties' cross-motions for summary judgment on the issue of defendant's bad faith, the oppositions thereto, and the entire record, it is hereby,

Ordered that plaintiff's motion is granted and defendant's motion is denied.

The Court further orders defendant to release immediately to plaintiff all non-exempt documents responsive to plaintiff's Freedom of Information Act requests of June 28, 2005.

The Court also orders the defendant to conduct an agency-wide review of its FOIA processes, including, but not limited to, its processes for handling expedited FOIA requests, and to report back to the Court in 60 days on the results of the agency's review.

Defendant is also enjoined from adopting any agency-wide practice or policy under the FOIA that results in the agency failing to process an expedited FOIA request as soon as practicable.

Further, plaintiff is awarded its costs and fees in litigating the issue of defendant's bad faith, including plaintiff's costs in conducting discovery.

Finally, the Court notes that the circumstances surrounding the defendant's withholding

of all responsive documents raise questions whether agency personnel acted arbitrarily or capriciously and merit an independent investigation pursuant to 5 U.S.C. §552(a)(4)(F).

Dated: _____          _____
                                      EMMET G. SULLIVAN
                                      United States District Judge