UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>　　　　　　**Defendant.** | **Civil Action 06-00096 (HHK)** |
| **AMERICAN CIVIL LIBERTIES UNION, et al.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>　　　　　　**Defendant.** | **Civil Action 06-00214 (HHK)** |

**ORDER**

It is this 24th day of March, 2006, hereby

**ORDERED** that the expedited motion, filed by the Department of Justice ("DOJ"), seeking relief from the court's February 16, 2006 order [#13] is granted in part and denied in part; and it is further

**ORDERED** that DOJ's Office of Intelligence and Policy Review shall have an additional 60 days to complete the processing of the plaintiff Electronic Privacy Information Center's ("EPIC's") December 16, 2005 FOIA request, as measured from March 8, 2006—the original deadline imposed by the court's February 16, 2006 order; and it is further

**ORDERED** that DOJ's Office of Legal Counsel shall have an additional 120 days to complete the processing of EPIC's December 16, 2005 FOIA request, as measured from March 8, 2006—the original deadline imposed by the court's February 16, 2006 order; and it is further

**ORDERED** that no *Vaughn* index of any responsive classified documents or declaration supporting the withholding of either responsive classified or unclassified documents shall be required before the point at which a dispositive motion is filed; and it is further

**ORDERED** that the clerk of the court shall schedule a status hearing sixty days from the date of this order, or as soon thereafter as the business of the court permits.

                                              Henry H. Kennedy, Jr.
                                              United States District Judge