UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>           Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-2078 (EGS)<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
ON ISSUE OF DEFENDANT'S BAD FAITH
AND SUPPORTING MEMORANDUM**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby requests leave of the Court to file a brief six-page Reply in Support of Plaintiff's Cross-Motion for Summary Judgment on the Issue of Defendant's Bad Faith. CREW seeks leave to reply in order to address a single issue newly raised by defendant Department of Justice ("DOJ") in its Opposition to Plaintiff's Cross-Motion for Summary Judgment ("D's Opp."). The briefing schedule that this Court imposed did not provide for the filing of any reply briefs.

Specifically, DOJ argues that this Court lacks the legal authority to grant the relief CREW has requested. *See* D's Opp. at 15-18. In the reply accompanying this motion, CREW presents relevant case law to the contrary, including an opinion of the Court of Appeals for the D.C. Circuit that was issued on the day the parties' opposition briefs were due. *See* <u>Judicial Watch v. U.S. Dep't of Commerce</u>, No. 05-5366 (D.C. Cir. Dec. 1, 2006), (slip op. attached as Exhibit I to accompanying memorandum). By its reply, CREW seeks to ensure a full and

accurate record before the Court on this issue, and to bring to this Court's attention the most recent relevant case law at the first opportunity.

Counsel for Defendant was contacted in order to obtain Defendant's position on this motion, but did not return the telephone call or email of Plaintiff's counsel.

Respectfully submitted,

      /s/
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Daniel C. Roth
(MA Bar No. 661021)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020
Attorneys for Plaintiff

Dated: December 8, 2006