# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 05-2078 (EGS) <br> : |
| U.S. DEPARTMENT OF JUSTICE | : <br> : |
| Defendant. | : <br> : |

## [DRAFT] ORDER

The Court having considered Plaintiff's Motion for Leave to File a Reply In Support of Plaintiff's Cross-Motion for Summary Judgment on the Issue of Defendant's Bad Faith, it is hereby

ORDERED, that the motion is granted and that Plaintiff is hereby permitted to file its reply, which accompanied its motion for leave to so file.

_____
EMMET G. SULLIVAN
United States District Judge

Dated: _____