UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:05-cv-02078<br><br>Judge: Emmet G. Sullivan |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE REPLY, AND MOTION FOR LEAVE
TO FILE REPLY/SURREPLY REGARDING PERMISSIBLE RELIEF**

Defendant does not oppose plaintiff's motion for leave to file a reply if defendant is also allowed to file a short response to the issue addressed in plaintiff's proposed reply, i.e., whether FOIA's limited waiver of sovereign immunity authorizes the Court to grant the relief plaintiff requests in its motion for summary judgment regarding bad faith allegations. Defendant will be prejudiced if it is not allowed to respond to plaintiff's allegations, which misconstrue applicable law, including a case issued by the U.S. Court of Appeals for the D.C. Circuit on the day the parties' opposition briefs were due. Defendant asks for the chance to address this case as well as other matters raised in plaintiff's reply so as to more fully inform the Court regarding applicable sovereign immunity principles. The parties have each been allowed to file an opening brief and an opposition, and if plaintiff is permitted to submit an additional brief, defendant asks for the opportunity to submit a short response (attached as Exhibit 1).

Respectfully submitted,

|  |  |
|---|---|
|  | JEFFREY A. TAYLOR<br>United States Attorney |
|  | **/s/ Lisa A. Olson**<br>ELIZABETH J. SHAPIRO<br>LISA A. OLSON<br>U.S. Department of Justice<br>20 Mass. Ave., N.W., Room 7300<br>Washington, D.C. 20530<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470<br>E-mail: lisa.olson@usdoj.gov |
| Dated: Dec. 19, 2006 | Counsel for Defendant |