UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

The Court having considered defendant's response to plaintiff's motion for leave to file reply, and motion for leave to file reply/surreply regarding permissible relief, and good cause having been shown, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that defendant's proposed reply in support of its motion for summary judgment regarding bad faith allegations, and surreply in opposition to plaintiff's cross-motion for summary judgment shall be deemed filed with the Court.

Dated: _____       _____
                                                                EMMET G. SULLIVAN
                                                                UNITED STATES JUDGE