UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-2078 (EGS) : |
| U.S. DEPARTMENT OF JUSTICE | : : |
| Defendant. | : : |

### NOTICE OF WITHDRAWAL OF DANIEL C. ROTH AS COUNSEL FOR CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

Please enter the withdrawal of Daniel C. Roth as counsel in this action for Plaintiff Citizens for Responsibility and Ethics in Washington (CREW).

          Respectfully submitted,

          /s/
          Daniel C. Roth
          (D.C. Bar No. 503236)
          Counsel
          Citizens for Responsibility and
           Ethics in Washington
          1400 Eye Street, N.W., Suite 450
          Washington, D.C. 20010
          phone: (202) 408-5565
          fax: (202) 588-5020
          droth@citizensforethics.org

Dated: May 30, 2007