UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON     Plaintiff,  v.  U.S. DEPARTMENT OF JUSTICE     Defendant. | : : : : : : : : : : : : |

Civil Action No. 05-2078 (EGS)

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFF'S ENTITLEMENT TO A FEE WAIVER**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Minute Order of March 31, 2008, plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby moves for the entry of summary judgment on the issue of plaintiff's entitlement to a fee waiver. As grounds for this motion the Court is respectfully referred to the enclosed Memorandum of Points and Authorities as well as Plaintiff's Statement of Material Facts Not Genuinely In Dispute.

Respectfully submitted,

   /s/
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
 In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020

                                      Attorneys for Plaintiff

Dated:  May 15, 2008