UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-2078 (EGS) : |
| U.S. DEPARTMENT OF JUSTICE | : : |
| Defendant. | : : |

**[PROPOSED] ORDER**

The Court having considered plaintiff's motion for summary judgment on the issue of plaintiff's entitlement to a fee waiver, defendant's opposition thereto, and the entire record, it is hereby

Ordered that plaintiff's motion is granted.

The Court further orders defendant to immediately process plaintiff's Freedom of Information Act requests at issue here and to release to plaintiff all non-exempt documents at no cost to plaintiff.

The Court further orders defendant to file a status report with the Court within two weeks of the date of this order advising the Court of the progress defendant has made to date on the processing of plaintiff's requests and the date that defendant anticipates completing its processing of all responsive documents.

Dated: _____          _____
                                    EMMET G. SULLIVAN
                                    United States District Judge