UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:05-cv-02078 |
| U.S. DEPARTMENT OF JUSTICE, | ) Judge: Emmet G. Sullivan |
| Defendant. | )<br>) |

**ORDER**

The Court having considered plaintiff's motion for summary judgment regarding a fee waiver, defendant's opposition thereto, and good cause having been shown, plaintiff's motion is hereby DENIED.

It is so ORDERED.


Signed:   Emmet G. Sullivan
          United States District Judge

          _____
          Date