UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2078(EGS)<br>)<br>)<br>)<br>) |

**ORDER**

Pending before the Court is plaintiff's motion for summary judgment on its entitlement to a fee waiver under the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(A)(iii). Upon consideration of the motion, the response and reply thereto, the applicable law and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued this day, it is by the Court hereby

**ORDERED** that plaintiff's motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant shall forthwith process plaintiff's document requests at no cost to plaintiff.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**March 16, 2009**