UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-2078 (EGS)<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S NOTICE OF FILING

Please take notice that pursuant to the Court's Order of May 7, 2009, plaintiff hereby submits with this Notice a Proposed Order.

Respectfully submitted,

   */s/ Anne L. Weismann*
Anne L. Weismann
D.C. Bar No. 298190
Melanie Sloan
D.C. Bar No. 434584
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Dated: May 8, 2009                         Attorneys for Plaintiff