UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>        Defendant. | Civil Action No. 05-2078 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the joint status report and proposed further proceedings filed by the parties in response to the Court's Minute Order of April 17, 2009, and the entire record, it is by the Court hereby

**ORDERED** that defendant shall show cause on or before May 13, 2009, by 5:00 p.m. why defendant cannot complete its processing of the Civil Division documents responsive to plaintiff's Freedom of Information Act (FOIA) request within 30 days of today. Defendant's response shall include, *inter alia*, all steps defendant has taken to comply with the Court's March 16, 2009 Order, including the date that each step was taken, and (2) the basis for its estimate of one million pages of potentially responsive documents; and it is

**FURTHER ORDERED** that defendant shall immediately begin producing to plaintiff all non-exempt materials responsive to plaintiff's Office of Information and Policy FOIA request, shall continue to produce documents to plaintiff on a rolling basis, and shall complete its processing of that request no later than June 18, 2009.

**SO ORDERED**.

**Signed:**     **Emmet G. Sullivan**
                    **United States District Judge**
                    **May 8, 2009**