AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
        Plaintiff(s) )
 )
 )
        vs. )
U.S. Department of Justice )
 )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   05-2078

To the Clerk of this court and all parties of record:

Please enter the appearance of __Scott A. Hodes__ as counsel in this
        (Attorney's Name)

case for: __Citizens for Responsibility and Ethics in Washington__
        (Name of party or parties)

6/10/09
Date

*/s/ Scott A. Hodes*
Signature

Scott A. Hodes
Print Name

D.C. Bar# 430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington, D.C.   20015
City    State    Zip Code

301-404-0502
Phone Number