REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: TYPE I | | | | |
|---|---|---|---|---|
| CASE NO:<br>05-2078 | DATE REFERRED:<br>6/12/09<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION AND SETTLEMENT | JUDGE:<br>EMMET G. SULLIVAN | MAG. JUDGE<br>JOHN FACCIOLA |
| PLAINTIFF(S):<br>CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | | DEFENDANT(S):<br>US DEPARTMENT OF JUSTICE | | |
| ENTRIES: | | | | |