UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

        Plaintiff,

    v.                                   Civil Action No. 05-2078 (EGS/JMF)

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

## ORDER

Pursuant to the agreement of the parties, **IT IS ORDERED** that this case is dismissed with prejudice.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE